# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80101-Cr-Marra/Matthewman

**18 U.S.C. § 1957**
**18 U.S.C. § 982(a)(1)**

UNITED STATES OF AMERICA

v.

BOSCO VEGA,

Defendant.

_____/

FILED BY __TM__

**May 21, 2018**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INFORMATION

The United States Attorney charges that:

On or about November 16, 2016, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**BOSCO VEGA,**

did knowingly engage and attempt to engage in a monetary transaction affecting interstate commerce, by, through, and to a financial institution, in criminally derived property of a value greater than $10,000, that is, the deposit of Smart Lab Inc.'s check number 2619 in the approximate amount of $14,252.75, into Chase Bank account number XXXXX8567, which was controlled by the defendant, and such property having been derived from specified unlawful activity; in violation of Title 18, United States Code, Sections 1957 and 2.

It is further alleged that the specified unlawful activity was health care fraud and conspiracy to commit health care fraud, in violation of Title 18, United States Code, Sections 1347 and 1349.

## **FORFEITURE**

1. The allegations contained in this Information are realleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **BOSCO VEGA,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1957, as alleged in Count 1 of this Information, the defendant, **BOSCO VEGA**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in such offenses and any property traceable to such property, including, but not limited to, approximately $14,252.75 in United States currency.

3. If the property described above as being subject to forfeiture, as a result of any act or omission of **BOSCO VEGA,**

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as made applicable through Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of **BOSCO VEGA,** up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 982(a)(7), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable through Title 18, United States Code, Section 982(b)(1).

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|

v.

BOSCO VEGA,

**Defendant.**
_____/

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami  ___ Key West
___ FTL    _X_ WPB    ___ FTP

| New Defendant(s) | Yes ___ No ___ |
|---|---|
| Number of New Defendants | ___ |
| Total number of counts | ___ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)   No

   List language and/or dialect _____

4. This case will take   3-5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_        Petty       _____
   II   6 to 10 days      _____      Minor       _____
   III  11 to 20 days     _____      Misdem.     _____
   IV   21 to 60 days     _____      Felony      _X_
   V    61 days and over  _____

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____        Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     _____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     _____ Yes   _X_ No

_____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: BOSCO VEGA**

**Case No:**

Count #1:

Engaging in monetary transactions in property derived from specified unlawful activity

Title 18, United States Code, Section 1957

**Max. Penalty**: Ten years' imprisonment; $250,000 fine or twice the amount of the criminally derived property involved in the transaction; three years' supervised release; removal; criminal forfeiture; $100 special assessment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: BOSCO VEGA

$100,000 personal surety bond
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Alexandra Chase

Last Known Address: Boca Raton, FL

What Facility:

Agent(s): William Stewart, FBI
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America )<br>v. )<br>BOSCO VEGA )<br>————————————— )<br>*Defendant* ) | Case No. |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

JORDAN LEWIN, ESQ..
*Printed name of defendant's attorney*

_____
*Judge's signature*

HON. BRUCE REINHART, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*