UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80101-CR-Marra/Matthewman

IN RE:

SEALED INFORMATION
_____/

**MOTION TO SEAL**

FILED by _____ PM D.C.

MAY 21 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

Comes now the United States, by and through the undersigned Assistant United States Attorney, and hereby requests that this Honorable Court seal the attached Information. The defendant charged in this Information is part of an ongoing investigation involving other individuals. Early disclosure of the Information could result in destruction of evidence, intimidation of witnesses, and targets of the investigation fleeing from the jurisdiction.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: _____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov